UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:22-cv-62225-RAR

TERRI D. COLE,
Personal Representative of
The Estate of WINFRED L. CROSBY,

      Plaintiff,

v.

RAYTHEON TECHNOLOGIES
CORPORATION f/k/a UNITED
TECHNOLOGIES CORPORATION, and
THE BOEING COMPANY,

      Defendants.

**PLAINTIFF'S AMENDED MOTION TO EXTEND THE DEADLINE TO OPPOSE THE SUMMARY JUDGMENT MOTIONS FILED BY DEFENDANTS RTX CORPORATION AND THE BOEING COMPANY[1]**

    Plaintiff, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files this Motion to Extend Plaintiff's Deadline to Oppose any Motions for Summary Judgment Filed by Defendants RTX Corporation ("RTX") and The Boeing Company ("Boeing"). In support thereof, the Parties state as follows:

    1.    Trial is currently set to begin on April 8, 2024. (ECF. Doc. 94).

---

[1] On January 24, 2024, Plaintiff filed a Motion to Extend the Deadline to Oppose the Summary Judgment Motions Filed by Defendants RTX Corporation and The Boeing Company and was remiss in including within Plaintiff's 7.1(a)(3) certificate the details of Plaintiff's efforts to confer with Defendants. Plaintiff apologizes for the oversight and has provided an amended Rule 7.1(a)(3) certificate, which is appended hereto.

1

2. Pursuant to the Order Granting the Parties' January 9, 2024 Agreed Motion as to Plaintiff's Deadline to Oppose any Motions for Summary Judgment Filed by Boeing and RTX ("Agreed Motion") (ECF Doc. 207), Plaintiff's oppositions to any dispositive motions filed in this matter are currently due on January 26, 2024. (ECF Doc. 208). At the time the Agreed Motion was filed, the in-place deadline for submission of the joint pre-trial stipulation, proposed jury instructions and verdict form, and motions *in limine* was January 23, 2024. (ECF Doc. 94).

3. Subsequently, on January 16, 2024, Defendants' unopposed Motion for Extension of Time to Submit Joint Pre-Trial Stipulation, Proposed Jury Instructions and Verdict Form, and Motions *in Limine* was granted, thereby extending the January 23 deadline to March 8, 2024. (ECF Doc. 219).

4. Since such time that the January 9 Agreed Motion was filed and granted, Boeing and RTX have also served supplemental responses to the discovery requests that were the subject of the Hon. Jared M. Strauss's Discovery Order ("Discovery Order") granting Plaintiff's Motions to Compel Boeing and RTX. (ECF Doc. 168). The same order also instructed the Parties to confer regarding a reasonable extension of time for Plaintiff to respond to any summary judgment motions filed by RTX and Boeing to ensure that Plaintiff had the benefit of all information compelled by the Discovery Order in advance of having to oppose Defendants' summary judgment motions.

5. The Parties are currently and actively conferring about the (non-compliant) supplemental responses provided by Boeing and RTX that are the subject of the court's Discovery Order. Additionally, due to the timing of RTX's receipt of the transcript of its corporate representative, RTX has yet to provide to Plaintiff with the redactions it has advised Plaintiff are forthcoming in accord with the Protective Order (ECF Docs. 104-1, 107) issued in this case, and Boeing only recently provided its redactions.

2

6. In view of the above, Plaintiff has requested that Defendants confirm their agreement with a request to the Court for a further extension to the deadline by which Plaintiff is to respond to Defendants' summary judgment motions through February 23, 2024, which is reasonable and appropriate,[2] particularly in view of the fact that the extension will not affect any other deadlines nor impact the newly issued March 8, 2023 deadline for submission of the joint pre-trial stipulation, proposed jury instructions and verdict form and motions *in limine*. (*See* ECF Doc. 219).

7. Plaintiff had hoped to receive Defendants' position concerning Plaintiff's requested extension prior to filing this motion but Defendants have advised that they are not in a position to state as of the time of this filing whether they are in agreement (or not) with the requested relief. To ensure that this requested extension is before the Court in advance of the currently in-place January 26 deadline, Plaintiff is filing the instant motion now.

8. Attached as *Exhibit A* is a Proposed Order providing that the deadline for Plaintiff to oppose the motions for summary judgment filed by Boeing and RTX be extended through February 23, 2024.

9. For the reasons set forth above, good cause exists for the requested extension and the granting of this motion will not cause any prejudice to any party to this action.

WHEREFORE Plaintiff, respectfully requests an Order granting the foregoing Motion, and such further relief the Court deems just and proper.

---

[2] Defendants' respective replies in support of their Motions for Summary Judgment would then fall due on March 1, 2024, also in advance of the March 8, 2024 deadline for the Parties' joint pre-trial submission. Additionally, it is noted that a February 23 deadline to oppose Defendants' summary judgment motion would also fall, as is traditional, after completion of the supplemental expert discovery provided for in the Court's order granting Defendants' Motion to Amend the Court's Order Setting Trial and Pretrial Schedule to Extend the Deadline to Complete Expert Discovery and File *Daubert* Motions (ECF Doc. 201).

Dated: <u>January 23, 2024</u>               Respectfully submitted,

                                            */s/Rebecca S. Vinocur*
                                            Rebecca S. Vinocur
                                            REBECCA S. VINOCUR, P.A.
                                            Florida Bar No. 0529915
                                            Email: rvinocur@rsv-law.com
                                            5915 Ponce de Leon Blvd., Suite 14
                                            Coral Gables, FL 33146

                                            and

                                            SIMMONS HANLY CONROY
                                            Michael K. Hibey
                                            Admitted Pro Hac Vice
                                            Email: mhibey@simmonsfirm.com
                                            One Court Street
                                            Alton, IL 62002
                                            Telephone: (618) 259-2222
                                            ***Counsel for Plaintiff***

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel hereby certifies that in advance of filing this motion Plaintiff's counsel made reasonable efforts to confer with counsel for Defendants RTX Corporation and The Boeing Company ("Defendants"), who are the only parties affected by the relief sought in this motion, as part of Plaintiff's good faith efforts to resolve the issues raised in this motion. These efforts and conferrals included a telephonic conversation between Plaintiff's counsel and counsel for RTX on the afternoon of 1/12/24; email correspondence from Plaintiff's counsel to RTX's counsel on 1/19/24 sent mid-morning seeking a time to verbally confer; email correspondence from Plaintiff's counsel to counsel for Boeing on 1/19/24 sent mid-morning seeking a time to verbally confer; a latter afternoon telephonic conversation between counsel for Plaintiff and Boeing's counsel on 1/22/24; an early evening attempted call, followed by an email from counsel for Plaintiff to RTX's counsel on 1/22/24 seeking a time to verbally confer; email correspondence to counsel from Plaintiff to RTX at 1:41

p.m. confirming Plaintiff's counsel's availability to speak at 6:00 p.m. on 1/23/24; email correspondence to counsel for Boeing and RTX sent at 1:58 p.m. on 1/23/24 attaching a copy of a draft motion and proposed order with a request that counsel provide confirmation by the end of the day that they were amenable to the motion and proposed order being filed; follow-up email correspondence from Plaintiff's counsel to Boeing's counsel the evening of 1/23/24; email correspondence to Boeing and RTX yesterday (1/24/24) at 12:54 p.m. again requesting confirmation of their position; at 1:21 p.m. Defendants responded via email and conditioned their agreement of Plaintiff's requested briefing extension through 2/23/24 on an extension of the trial date, as well as the in-place deadlines, to include allowing Defendants to identify and call an additional unidentified medical causation expert (*i.e.* radiologist); additional emails were exchanged between counsel on 1/24/24; also on 1/24/24, Plaintiff's counsel called and requested a return call from liaison counsel for Defendants on this issue, with neither liaison counsel nor Defendants' other counsel making themselves available yesterday for a call; this morning (1/25/24) at 8:48 a.m. Plaintiff's counsel sent an email requesting a time to confer telephonically and requested that Defendants provide by 10:00 a.m. their position on Plaintiff's requested extension of time through 2/23/24 to oppose Defendants' summary judgment motions. As of the time of this filing, Plaintiff has not been able to resolve the issues raised in this motion.

*/s/ Rebecca S. Vinocur*
Rebecca S. Vinocur

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will generate Notices of Electronic Filing to All Counsel of Record.

*/s/ Rebecca S. Vinocur*
Rebecca S. Vinocur

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

CASE NO: 0:22-cv-62225-RAR

TERRI D. COLE,
Personal Representative of
The Estate of WINFRED L. CROSBY,

    Plaintiff,

v.

RAYTHEON TECHNOLOGIES CORPORATION f/k/a UNITED TECHNOLOGIES CORPORATION, and THE BOEING COMPANY,

    Defendants.

**PLAINTIFF'S PROPOSED ORDER EXTENDING PLAINTIFF'S DEADLINE TO OPPOSE THE SUMMARY JUDGMENT MOTIONS FILED BY DEFENDANTS RTX CORPORATION AND THE BOEING COMPANY**

THIS CAUSE, having come before the Court by Motion of Plaintiff, and the Court having been fully advised of this request, it is hereby,

ORDERED and ADJUDGED that:

1. The deadline by which Plaintiff is to oppose any motions for summary judgment filed by Boeing and RTX is extended through February 23, 2024

IT SO ORDERED in Chambers at Fort Lauderdale, Florida, this ____ day of January 2024.

                                                                       _____
                                                                       United States District Judge